STATE OF NEW JERSEY v. DANIEL PETERSON.

February 6, 1984.

Petition for certification denied.

R E SCOTT MORTGAGE COMPANY v. THE RANDOLPH TOWNSHIP MUNICIPAL UTILITIES AUTHORITY.

February 6, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DEREK ADAMS.

February 6, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM E. FORD.

February 6, 1984.

Petition for certification denied.